1

2

3

4

5                          UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
6                                  AT SEATTLE

7    MUHAMMED TILLISY,                          CASE NO.  C21-1078 RSM

8                           Petitioner,         **ORDER OF DISMISSAL**

9           v.

10   ERIC L. JACKSON,

11                          Respondent.

12          Having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A.

13   Tsuchida, United States Magistrate Judge, Petitioner's objections or responses to the R&R,[1] and

14   the remaining record, the Court finds and ORDERS:

15      (1) The Court ADOPTS the Report and Recommendation (Dkt. #9).

16      (2) This matter is dismissed with prejudice and no certificate of appealability shall be issued.

17      (3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

18          DATED this 24th day of September, 2021.

19

20                                                    RICARDO S. MARTINEZ
21                                                    CHIEF UNITED STATES DISTRICT JUDGE

22   _____
     [1] The Court notes that Petitioner did not file formal objections to the R&R.  Rather, Petitioner
23   filed an order of the Washington State Supreme Court without indicating the importance of the
     filing. Dkt. #10.  From the Court's review, the filing bears no relevance and does not call into
     question the conclusions set forth in the R&R.  The Court adopts the R&R in full.

ORDER - 1